# United States Court of Appeals
## For the First Circuit

No. 19-1620

CRISTIAN JOSUE DIAZ ORTIZ,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

Before

Howard, <u>Chief Judge</u>,
Torruella and Barron, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: July 1, 2019

The motion for stay of removal pending review is <u>denied</u>. Minimally, Petitioner fails to make a strong showing of likely success on the on the merits. <u>See</u> <u>Nken</u> v. <u>Holder</u>, 556 U.S. 418, 434 (2009).

By the Court:

Maria R. Hamilton, Clerk

cc:
Ellen A. Scordino
Cristian Josue Diaz Ortiz
Gemma Seidita
Timothy Bo Stanton
OIL OIL