# United States Court of Appeals
## For the First Circuit

———————————

No. 19-1620

CRISTIAN JOSUE DIAZ ORTIZ

Petitioner

v.

WILLIAM P. BARR, Attorney General

Respondent

———————————

Before

Howard, <u>Chief Judge</u>,
Lynch, Lipez, Thompson,
Kayatta and Barron, <u>Circuit Judges</u>.

———————————

**ORDER OF COURT**

Entered: December 21, 2020

A majority of the active judges who are not disqualified have voted to hear this case en banc. Accordingly, the petition for rehearing en banc is granted. In accordance with customary practice, the panel opinion and the dissent released on May 15, 2020 are withdrawn, and the judgment entered the same date is vacated. <u>See</u> 1st Cir. I.O.P. X(D). An order setting the briefing schedule and the date of en banc oral argument will issue separately.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ellen Scordino
Cristian Josue Diaz Ortiz
Kristin M. Beale
Timothy Bo Stanton
OIL OIL

Sameer Ahmed
Philip L. Torrey
Kirsten V. Mayer
Jonathan Ference-Burke
Ezra David Geggel